# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| DUANE YATES,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN BALDWIN, CORNELL SMITH, JOHN AULT, KRIS WEITZELL, LARRY BRIMEYER, PHILLIP SPRUFSLAGE, DEB EDWARDS, DON HARRIS, TOM CONLEY, DAVID COSTELLO, CAROL NIEWOLD, M. DOOCY, WYATT, DAVID ANDERSON, S. THORNTON, RAY OSBORN, JIM HANSON, D. THORNTON, CHRIS RADDIG, DOUGLAS CARVER, TOM DELENOIT, TROY HAMMON, MCBROOM, JEFF DEDECKER, CHARLES HARPER, DAVID MOELLER, SHANE MILLIGAN, DAN ASHENBRENNER, DAVE DEGRANGE, DEB FERRELL, MIKE GILBERT, MATT THORNTON, JOHN HAWK, STEVE YOUNG, NOLI MENDOZA, GLENN PECK, C. PHILLIPS, NIKKI EAVES, FRANK CURRY, KEN LEBEROTH, DEBBIE NICHOLS, CHRISTINA CARL, JULIE PIHL, ED O'BRIEN, RICHARD BARLOW, BOB ENSMINGER, BILL ELLS, JACK BATES, DENNIS BRUMBAUGH, WILLIAM ANGRICK, II, ANGELA DALTON, BARBARA VAN ALLEN, JEAN SCHLICHTEMEIER, CHESTER CULVER, KRISTIN HARDT, WEBSTER COUNTY CLERK OF COURT, COMMISSION ON JUDICIAL QUALIFICATIONS, MIKE CONWELL, EDDIE MENDEZ, RICHIE EAVES, JOE LARKIN, BENDA, RON MOWER, LOWELL DAVIS, MARTY RUNG, JACOBS, KAREN WOODLEY, RICHARD LARKIN, RICHARD SNOW,<br><br>    Defendants. | No. C09-3004-MWB<br><br>**JUDGMENT** |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED THAT:

Plaintiff, Duane Yates, take nothing and this action is dismissed.

DATED: November 12, 2009                    Robert L. Phelps
                                            Clerk of Court


                                             S/src
                                            By: Deputy Clerk